UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re APPLICATION OF ) | |
| FASCO MOTORS LIMITED; ) | |
| VON WEISE OF CANADA CO.; and ) | |
| REGAL-BELOIT CORPORATION, ) | |
| PETITIONERS ) | |
| ) | |
| ) | |
| ) | Case No: 3:19-MC-00041-DJH |

**REQUEST FOR FEE REFUND**

Petitioners, Fasco Motors Limited, Von Weise of Canada Co., and Regal-Beloit Corporation, by counsel, respectfully submits this request for Fee Refund with respect to the $47.00 fee in Receipt No. 0644-2952475.

When attempting to file <u>Petition for Assistance to Grant Order Pursuant to Letters Rogatory</u> on September 26, 2019, counsel encountered a clerical error, and needed to move backwards in the online browser during the course of e-filing this Petition. Furthermore, this clerical error resulted in a second, duplicative fee, of $47.00, which is reflected in Receipt No. 0644-2952475. Based on such facts, the Petitioners, Fasco Motors Limited, Von Weise of Canada Co., and Regal-Beloit Corporation, respectfully seek a refund of the fee for this duplicate transaction.

    Respectfully submitted,

*/s/ Gerald R. Toner*
Gerald R. Toner
O'Bryan, Brown & Toner, PLLC
401 South Fourth Street Suite 2200
Louisville, Kentucky 40202
PH: (502) 585-4700
*Local Counsel for Petitioners, Fasco Motors of Canada Co., and Regal-Beloit Corporation*

## CERTIFICATE OF SERVICE

    It is hereby certified that a true and correct copy of the foregoing *Request for Fee Refund* was electronically filed with the Court on this, the 28th day of October, 2019.

                                                     */s/ Gerald R. Toner*
                                                     Gerald R. Toner