UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re APPLICATION OF )<br>FASCO MOTORS LIMITED; )<br>VON WEISE OF CANADA CO.; and )<br>REGAL-BELOIT CORPORATION, )<br>    PETITIONERS )<br>)<br>)<br>) | Case No: 3:19-MC-00041-DJH |

**AMENDED REQUEST FOR FEE REFUND**

Petitioners, Fasco Motors Limited, Von Weise of Canada Co., and Regal-Beloit Corporation, by counsel, respectfully submits this request for Fee Refund with respect to the $47.00 fee in Receipt No. 0644-2952436.

When attempting to file <u>Petition for Assistance to Grant Order Pursuant to Letters Rogatory</u> on September 26, 2019, counsel encountered a clerical error, and needed to move backwards in the online browser during the course of e-filing this Petition. Furthermore, this clerical error resulted in a second, duplicative fee, of $47.00, which is reflected in Receipt No. 0644-2952475. Based on such facts, the Petitioners, Fasco Motors Limited, Von Weise of Canada Co., and Regal-Beloit Corporation, respectfully seeks a refund of the fee for this duplicate transaction.

    Respectfully submitted,

    */s/ Gerald R. Toner*
    Gerald R. Toner
    O'Bryan, Brown & Toner, PLLC
    401 South Fourth Street Suite 2200
    Louisville, Kentucky 40202
    PH: (502) 585-4700
    *Local Counsel for Petitioners, Fasco Motors of Canada Co., and Regal-Beloit Corporation*

## CERTIFICATE OF SERVICE

      It is hereby certified that a true and correct copy of the foregoing *Amended Request for Fee Refund* was electronically filed with the Court on this, the 29th day of October, 2019.

                                        */s/ Gerald R. Toner*
                                        Gerald R. Toner